TIMOTHY P. JOMIDES, JR. *vs.* MASSACHUSETTS BAY TRANSPORTATION AUTHORITY. December 1, 1986. *Limitations, Statute of.*

We agree with the analysis and conclusion reached by the Appeals Court in this case. 21 Mass. App. Ct. 592 (1986).

*Judgment affirmed.*

*Barbara A. Fay (Brian P. Fay* with her) for the defendant.
*James J. D'Ambrose* for the plaintiff.